

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



September 28, 2009

BY HAND DELIVERY
The Honorable James C. Francis, IV
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Luis Fernando Mora-Pestana, et al, 08 Cr. 1290 (DC)**
     **United States v. Luis Fernando Mora-Pestana, et al, S6 09 Cr.109**

Dear Judge Francis:

The Government respectfully requests that the Court unseal the above-referenced indictments. The Government further respectfully requests that the Court wheel out Indictment S6 09 Cr. 109 for assignment to a district court judge. The assignment for Indictment S6 09 Cr. 109 should be made from wheel B. A superseding indictment for docket 08 Cr. 1290 was previously assigned to the Honorable Denny Chin, and therefore Indictment 08 Cr. 1290 does not need to be assigned.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  *[signature]*
     Rebecca Monck Ricigliano
     Assistant United States Attorney
     (212) 637-2486

So Ordered:

*[signature: James C. Francis IV]*
The Honorable James C. Francis, IV
United States Magistrate Judge